**No. 69559.**—Lodge Spark Plug Co. and National Carloading Corp. et al. *v.* United States, protests 62/16812, etc. (New York).

RAO, C.J. In accordance with stipulation of counsel that the merchandise consists of spark plugs similar in all material respects to those the subject of *Lodge Spark Plug Co.* v. *United States* (49 Cust. Ct. 158, C.D. 2379), the claim of the plaintiffs was sustained.

**No. 69560.**—National Carloading Corp. and Lodge Spark Plug Co. *v.* United States, protest 64/10215 (Los Angeles).

RAO, C.J. In accordance with stipulation of counsel that the merchandise consists of spark plugs similar in all material respects to those the subject of *Lodge Spark Plug Co.* v. *United States* (49 Cust. Ct. 158, C.D. 2379), the claim of the plaintiffs was sustained.

BEFORE THE THIRD DIVISION

SEPTEMBER 21, 1965

**No. 69561.**—Palmer Import Co., Inc. *v.* United States, protest 63/22974 (Seattle).—

DONLON, Judge: On calendar call at Seattle, defendant moved to dismiss this protest because it failed to state the paragraph of the Tariff Act of 1930, as modified, under which plaintiff claimed that the merchandise is "Properly dutiable at 12½%." Plaintiff tendered the official papers, and they were received in evidence.

Decision on defendant's motion was reserved for this division, which has jurisdiction over the subject matter of the protest. The parties were afforded opportunity to file briefs on the motion. No briefs were filed.

In pertinent part, the protest reads as follows:

Notice of dissatisfaction is hereby given with and protest is hereby made against your decision, liquidation and assessment of duties at 10¢ Doz. & 45% or other rate or rates on Item 6 x 38, Rockingham Cup and Saucer covered by the entries below named, or other merchandise covered by said entries. The reasons for